# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS CASTANEDA, | 1:11-CV-01672 AWI GSA HC |
|     Petitioner, | ORDER VACATING FINDINGS AND RECOMMENDATION |
|     v. | |
| M. C. EWEN, | |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Following repeated failures by Petitioner to file a consent/decline form in compliance with Court orders, on March 5, 2012, the undersigned issued a Findings and Recommendation which recommended the petition be dismissed for failure to comply. Petitioner was granted fifteen days to file objections. On March 20, 2012, Petitioner filed objections along with a consent form. In his objections, Petitioner states he mailed a consent form on October 25, 2011. The docket shows no record of this consent form. Moreover, this does not explain Petitioner's failures to respond to the Court's subsequent orders of November 17, 2011, and January 3, 2012.

    Nevertheless, Petitioner has provided a consent form indicating consent to the jurisdiction of the magistrate judge. The Court will vacate the Findings and Recommendation in this instance and

1 proceed with the petition.  Petitioner is cautioned that future failures to comply will result in
2 dismissal of the action.
3      Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation issued on
4 March 5, 2012, is VACATED.

6      IT IS SO ORDERED.
7      Dated: **April 9, 2012**        **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE